**Order filed September 11, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00549-CV
_____

**JOSE REYES, Appellant**

**V.**

**LINCAM INVESTMENTS LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1111166**

## ORDER

This appeal is from a judgment signed June 25, 2018. Appellant filed a notice of appeal on June 29, 2018. Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court.

No order requiring appellant to pay costs appears in the trial court's record. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See*

Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, the official court reporter for the County Civil Court at Law No. 3 is directed to file the reporter's record **within 30 days** of the date of this order.

PER CURIAM